```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02508
   RENEE KNIGHT
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6783


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 02/13/2007 and was confirmed 06/04/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 06/19/2008.
------------------------------------------------------------------------
                                                      INTEREST     PRINCIPAL
CREDITOR NAME              CLASS         CLAIM AMOUNT   PAID         PAID
------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG        .00         .00         .00
GMAC MORTGAGE              MORTGAGE ARRE   3594.40         .00     3594.40
MIDLAND CREDIT MANAGEMEN   SECURED              .00         .00         .00
TCF BANK                   NOTICE ONLY    NOT FILED         .00         .00
THOMAS R HITCHCOCK         PRIORITY       NOT FILED         .00         .00
NATIONAL CAPITAL MANAGEM   UNSEC W/INTER    569.44       60.79      569.44
ASSET ACCEPTANCE LLC       UNSEC W/INTER    391.04       41.75      391.04
AT&T WIRELESS              UNSEC W/INTER    712.64       76.00      712.64
CAPITAL ONE                UNSEC W/INTER   1746.10      186.24     1746.10
CBCS                       UNSEC W/INTER NOT FILED         .00         .00
CREDIT MANAGEMENT CONT     UNSEC W/INTER NOT FILED         .00         .00
CROSS COUNTRY BANK         NOTICE ONLY    NOT FILED         .00         .00
FIRST CONSUMERS NATIONAL   UNSEC W/INTER NOT FILED         .00         .00
FIRST REVENUE ASSURANCE    UNSEC W/INTER NOT FILED         .00         .00
GC SERVICES DATA CONTROL   UNSEC W/INTER NOT FILED         .00         .00
LVNV FUNDING               UNSEC W/INTER NOT FILED         .00         .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER    150.70       16.02      150.70
PALISADES COLLECTIONS      NOTICE ONLY    NOT FILED         .00         .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER    382.42       40.80      382.42
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    532.63       56.80      532.63
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     68.48        5.52       68.48
WORLD FINANCIAL NETWORK    UNSEC W/INTER    631.39       67.36      631.39
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER   2115.97      213.15     2115.97
CAPITAL ONE                UNSEC W/INTER   1293.23      137.93     1293.23
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    977.52      104.31      977.52
T-MOBILE USA               UNSEC W/INTER    192.84       20.62      192.84
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER   2841.83      303.18     2841.83
B-REAL LLC                 UNSEC W/INTER    423.90       33.96      423.90
B-REAL LLC                 UNSEC W/INTER    667.50       53.40      667.50
B-REAL LLC                 UNSEC W/INTER    870.48       69.60      870.48
B-REAL LLC                 UNSEC W/INTER    631.30       50.52      631.30
GMAC MORTGAGE CORP         NOTICE ONLY    NOT FILED         .00         .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02508 RENEE KNIGHT
```

```
THOMAS R HITCHCOCK         DEBTOR ATTY      2,064.50                  2,064.50
TOM VAUGHN                 TRUSTEE                                    1,879.26
DEBTOR REFUND              REFUND                                    36,567.08

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 60,842.60

PRIORITY                                                 .00
SECURED                                             3,594.40
UNSECURED                                          15,199.41
    INTEREST                                        1,537.95
ADMINISTRATIVE                                      2,064.50
TRUSTEE COMPENSATION                                1,879.26
DEBTOR REFUND                                      36,567.08
                         --------------       --------------
TOTALS                   60,842.60                 60,842.60
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE